UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX MORRIS HARARI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICESMART, INC.; JOSE LUIS LAPARTE; JOHN M. HEFFNER, and MAARTEN O. JAGER,<br><br>Defendants. | Case No.: 19-CV-958 JLS (LL)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 4) |

Presently before the Court is a motion of the Public Employees Retirement Association of New Mexico for appointment as lead plaintiff and approval of lead counsel (ECF No. 4). On its own motion, the Court **VACATES** the hearing currently set for September 12, 2019 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: September 6, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

19-CV-958 JLS (LL)