

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX MORRIS HARARI, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>PRICESMART, INC.; JOSE LUIS LAPARTE; JOHN M. HEFFNER, and MAARTEN O. JAGER,<br><br>                                    Defendants. | Case No.: 19-CV-958 JLS (LL)<br><br>**ORDER GRANTING JOINT MOTION TO FILE ADDITIONAL PAGES FOR MOTION TO DISMISS BRIEFING**<br><br>(ECF No. 27) |

Presently before the Court is a joint motion by Lead Plaintiff Max Morris Harari and Defendants PriceSmart, Inc., Jose Luis Laparte, John M. Heffner, and Maarten O. Jager to set the page limits governing the briefing to accompany Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Class Action Complaint.  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties:

1.     Defendants' Motion to Dismiss the Consolidated Class Action Complaint is not to exceed thirty-seven (37) pages in length;

2.     Lead Plaintiff's Opposition to Defendants' Motion to Dismiss is not to exceed thirty-seven (37) pages in length; and

19-CV-958 JLS (LL)

3.    Defendants' Reply to Lead Plaintiff's Opposition is not to exceed fifteen (15) pages in length.

**IT IS SO ORDERED.**

Dated:  February 7, 2020

Hon. Janis L. Sammartino
United States District Judge

19-CV-958 JLS (LL)